

State Of Delaware

v

Daniel L. Moore

DOB - 3/9/51
SBI - 095945

Cr. A. No.
96-04-0660

ID # 9603005422

Motion To Amend

Defendant Comes To The Court Pro Se And Pursuant To Superior Court Rule 61 (b-6) And Asks The Court To Amend Motion For Post Conviction Relief.

Defendant Asks To Amend By The Inclusion Of Extraordinary Circumstances:

Overcrowding - Has Caused A Lack Of Adequate Available Drug Treatment Programs, Lack Of Educational And Industrial Programs, Atmosphere That Perpetuates Violence And Threats Of Violence, Unsanitary Living Conditions And Staff Acting With Culpable States Of Mind.

INMATES IN ORDER TO HUMILIATE ME. THE PHOTOS ARE NUDE AND DEPICT ACTS OF SEX.

DEFENDANT PRAYS THE COURT WILL GRANT ALL RELIEFS TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.

Daniel L. Moore

May 8, 1998