# SUPERIOR COURT
## OF THE
## STATE OF DELAWARE

HENRY duPONT RIDGELY
PRESIDENT JUDGE

COURT HOUSE
DOVER, DE 19901

September 2, 1998

Mr. Daniel L. Moore
SBI #0095945
Delaware Correctional Center
Smyrna, DE 19977
N440

Re: **State v. Daniel Moore**
**ID No. 9603005422; 9606012886**

Mr. Moore:

Your letter dated August 28, 1998, has been received by my office.

A review of the court docket indicates that this is a New Castle County case and that Judge Norman Barron is one of the judges involved in your case. The President Judge does not review the case decisions of other Superior Court Judges, nor does he direct them how any individual case should be handled. I am referring copies of your letter to Judge Norman Barron for whatever action he deems appropriate.

Very truly yours,

mjs
xc: Hon. Norman Barron (w/enclosure)
    Prothonotary, New Castle County (w/original)
    File

SEP 1

August 28, 1998

Judge Ridgely,

For reasons that escape me the Prothonotarys' Office continues to ignore my pro se motions despite my notifying them that Joseph A. Gaban is no longer my Attorney of Record.

In fact I have alerted the American Bar Association and the Delaware Bar Association seeking to have him investigated.

Your letter of August 17th, notifying the Prothonotary and submitting my motion for Bail Reduction have been ignored.

I also sent in a copy to them dated August 16th, and they refused to honor it as well.

It appears to me at this time that Judge Barron is allowing them to do this as well.

I can only assume that they have gotten themselves so caught up in the man of God and the man of the Lord that they are neglecting their duties.

The Department of Corrections

PLACED BOTH LABELS ON ME LAST YEAR AND ENDOWED ME WITH ARTIFICAL ABILITIES TO ACCOMPANY THE TITLES.

    THEIR ACTIONS ARE INDICATING TO ME THAT MY ONLY RECOURSE IS T[O] SEEK A TEMPORARY RESTRAINING ORDE[R] IN THE FEDERAL COURT.

    COULD YOU PLEASE TELL THEM TO ALLOW ME TO RECEIVE JUSTICE AND NOT BE SUBJECTED TO THEIR CRIMINAL ACTIONS.

    THANK YOU FOR YOUR TIME AND YOUR COOPERATION.

                       SINCERELY,

                        DANIEL L. MOORE
                             95945
                      DELA. CORR. CENTER

RE: STATE v. DANIEL MOORE
ID # 9603005422; 9606012886