In the Spring (March) of 1997, I was placed on-line with what the Department of Corrections called the Inmate Computerized Tracking System.

This system was designed to track the movements of inmates and I was chosen without my approval to be the guinea pig.

Through testing and experimentation this system has been turned into a device that allows its' operator to subject anyone to excruciating pain to alter their behavior or to invade their privacy by listening in to all of a persons' communications (written as well as oral). (Brainwashing)

This system with it being incorporated with the 800 MHz infrastructure equipment allows the state to hear any and all conversations thereby effectively eliminating the lawyer-client confidentiality privilege.

They have the capability to do this without you even being aware which truly presents a serious problem for all lawyers as they prepare their defense for their cases.

The 800 MHz equipment allows the state to project/transmit sounds and voices at the low end of the FM band.

(1)

They can transmit them into an empty room, a wall or into a persons head or body.

They can also record your phone conversations or your legal or casual conversations.

On July 1, 1998, the Department of Corrections received $1,000,000 that was appropriated by the Governor for the installation of 800 MHz infrastructure equipment.

The additional programs that have been incorporated into the I.C.T.S. allow them to invade a persons intellect by projecting images onto ones mind or by projecting mental impressions.

They can project computer generated images or holograms. They use these images to depict deviate acts of sex to humiliate, ridicule and to intentionally inflict emotional and mental distress.

The State seems to have a fondness for implanting silly images while an individual is asleep.

Another program allows them to inflict physical pain. This is intended to alter ones behavior. (Behavior Modification)

My elbow has been burnt black by

(2)

The staff using the laser attachment for my not altering my behavior and being a docile, compliant, non thinking, mindless robot as they desired.

A few of the cruel and unusual pains that are applicable are:

1. Heat, cold or moisture on body or clothing
2. Burning and stinging sensations - laser
3. Bubbles that read on body or face
4. Muscles twitching uncontrollably
5. Artificially induced diarrhea
6. Unnatural gas expulsions
7. Forced one eye blinking
8. Pinching sensations on body
9. Invisible objects that strike body or head
10. Pins that stick body
11. Sounds (ringing, voices, ticking, etc)
12. Odors (foul and rancid, or sweet)
13. Hair like objects that brushes face
14. Forced erection
15. Stings on penis
16. Jerking of penis and squeezing of same

A list of some of the private citizens who are on line:

Hon. Fred S. Silverman
Dela. State Police

(3)

Wilm. Dept. Police
New Castle County Police
Joseph Oteri, Esq
Charles O'Reilly, Esq
Diane Clark Street, Esq
Theo Gregory, Esq
Joseph A. Gabay, Esq
J. Brendan O'Neill, Esq
City Hall Workers
Sheriff Dept. Workers
Robin Stone
P.C. Kinslow
G.L. Moore
K.L. Kinslow
Rev. Robert Wilson
Katrina Hawkins
Elder Myrtle Williams
Rev. Tyrone Johnson
Del. State University Gospel Choir (1997-98)

    When an Individual is On-line with this Procedure the State has the ability to invade their Privacy by showing nude images of them and by listening in to their conversations without their being aware.
    In 1997, the D.C.C. asked for an allocation of $36,500,000 to get the system up and running when they already

(4)

How It Operating.

At this time I am uncertain if the State Allocates the Money to start this System but I know for sure that it is up and running, and that it violates the constitutional rights and privileges of all within the State of Delaware.

Daniel L. Moran
95945
Daniel L. Moran

December 7, 1998

(5)