



DELAWARE PSYCHIATRIC CENTER

12/17/98

This is to certify that Mr Daniel Moore was seen for a competency evaluation this date.

Report to follow.

[signature]



```
To:              Paul Wallace@Criminal@Justice
Cc:              Fred Silverman@Judges@Super-N
                 Linda Hawthorne@Judicial Staff@Super-N
                 Mary-Jane Ward@Prothonotary@Super-N
                 ProthCriminal@Prothonotary@Super-N
Bcc:
From:            Tracy Walls-Pulling@Judicial Staff@Super-N
Subject:         Daniel Moore - ID 9603005422  & 9606012886
Date:            Tuesday, December 29, 1998 15:42:49 EST
Attach:
Certify:         Y
Priority:        Normal
Defer until:
Expires:
Forwarded by:
```

---

Today the Court received the evaluation report written by Dr. Sacre and Dr. Seward concerning Daniel Moore which was copied to counsel. Judge Silverman's order which was docketed 11/19/98 indicates that "If the defendant is determined to be competent then he shall have two (2) weeks from the date the report is filed with Superior Court to enter any plea agreement which may be reached by the parties."

The report does state that they find Mr. Moore competent to proceed, and I will have the evaluation report docketed by the Prothonotary's Office on Wednesday, December 30, 1998, which means that January 13, 1999 will be the last day a plea will be accepted from Daniel Moore. If no plea is entered on or before January 13, 1999, Daniel Moore will be set for trial.

If you desire to schedule the plea, please contact Mary Jane Ward at 577-2400, ext. 444. Thank you.

cc:   Joseph Gabay, Esquire (by fax)

*Motion Calendar 1/19/99.?*