





# Christian Coalition American Family Calendar



