F

# GOD BLESS AMERICA

land that I love

Christian Coalition Calendar

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| St Pauls UAME<br>3114 Mkt St<br>Wilm, DE<br>19802 | Robertson<br>127 E 4th St<br>Roberts<br>56 W 4th St | L Pullium<br>404 Anderson<br>S. Roy<br>1713 W 4th St. | X R. Morse*<br>Pekinslow<br>G.E. Pennington<br>Bor of Justice | Crossroads*<br>W. Foster*<br>X G Thompson*<br>Pekinslow<br>MJ Brady<br>S. Agnew<br>E Moore<br>T. Carter | X PLN*<br>W.A. McDaniel* | X PEK<br>B. Clemmons<br>H. Anderson<br>PLN<br>(Assaults) |
| X Grievance<br>Daylight Savings Begins<br>Palm Sunday | X | X B.O.J.<br>M.J. Brady<br>T. Del Bryant*<br>T. Neuberger*<br>PEK<br>Gibson Univ*<br>B.M. Dev<br>M.R. Henry<br>S Robinson* | M.R. Henry<br>X C. Lee<br>N. Wagner<br>G. Bosworth<br>B. Ewing/N. Cook<br>D. Williams/C. Dom...<br>P. Bledsoe<br>J. Vaughn | X C. Sims*<br>B. Jona<br>M.R. Henry | X<br>Good Friday | X E. Williams<br>J. Smith*<br>P.E.K.<br>J. Sills<br>J. Lewine<br>Passover |
| X S. Taylor<br>Black Mans Dev.*<br>Greek Orthodox Palm Sunday<br>NPR-ACLU<br>M Moore<br>C. Johnson | X | X | X Prison Project | Dist Court<br>X J. Leban<br>J. Mellen<br>G. Sleet<br>S. Robinson*<br>R. Roberts<br>PEK | X<br>Greek Orthodox<br>Good Friday | X E. Moore<br>RM Parsons<br>Ochoa<br>Vo-Tech<br>T.E. Rider |
| X P. Dorsey<br>PEK<br>Greek Orthodox Easter | X | X | X Sills | X Grievance<br>PEK<br>Dist Court<br>DM Foster<br>[illegible]<br>P. Peterson | X Mayor Sills<br>F. Lewis<br>Chaplains<br>Pennell & Walker<br>R.W. Roberts | X S. Goy<br>B. Kerns<br>PEK<br>Rev Matthews<br>J. Horley<br>J. Leban |
| (Letter)<br>X Crossroad<br>Red Wilson<br>K. Hawkins<br>R. Fawra<br>K. Scales<br>US Dist Court | X PEK<br>M.J. Brady | X Grievance<br>3:30 pm | X PEK<br>Dist Court<br>L. Peterson<br>Paper Wings | X PEK<br>G Woods<br>M. Sheppard<br>J. Sills<br>M. Cain<br>RM Parsons<br>(WIM)<br>Notary | B. Clemmons<br>10 Sutton Lane<br>New Castle | J. Pinkney<br>Goin. Univ.<br>Christian Coalition |

**March 1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**May 1998**

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24/31 | 25 | 26 | 27 | 28 | 29 | 30 |

That thou mayest walk in the way of good men, and keep the paths of the righteous.
*Proverbs 2:20 (KJV)*