G

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| H. Anderson 218 W. 14th St. Wilm 19802 Christian Coalition | Rev. M. Moyer * 1 Herbert Dr Penn Acres N.C., De 19720 | 1 Mr Rev. G.W. Poindexter * 4411 Fielding Rd Brandywine Hills Wilm, De 19802 | Ms M.R. Henry * 110 W. 31st St Wilm, De 19802 | Ms B. Bruce * P.O. Box 15505 Wilm, De 19850 | Ms Anne Coleman * 968 Sugshill Rd Kennett Sq, Pa (610) 388-1447 | 1 Rev Dr L. [illegible] 4303 Whittier Rd Brandywine Hills Wilm, De 19802 |
| 2 J. Jacobson * 339 Park Ave 22nd Fl. NY, NY 10022 | 3 W. Hellerstein * P.R.G.M. 1585 Broadway NY, NY 10036 | 4 S. Guy * 617 E. 22nd St Wilm, De 19801 Election Day | Pres. S.B. Hare * 179 Stanton-Christiana Rd Newark 19713 | 6 M. Castle Rep * 201 Walnut St Wilm, De 19801 | 7 T. Carper Gov * 820 French St Carvel State Bldg Wilm, De 19801 | 8 H. Holloway 609 S. Heald St Wilm, De 19801 |
| 9 J. Mellen * A.C.L.U. 100 W 10th St Suite 309 Wilm, De 19801 | 10 Mayor J. Sills * Louis Redding Bldg 800 French St Wilm, De 19801 | 11 De. Cent. Justice 501 Shipley St Wilm, De 19801 Veterans Day | 12 NAACP * Legal Def. Fund 99 Hudson St. 10th Fl. NY, NY 10013 | 13 T. Neuberger * 200 W. 9th St Wilm, De 19801 655-0582 | 14 L. Mitchell * % 54 Clinton St Dela City, Dela 19706 834-7452 | 15 Schnader S.H.S & L * 1600 Mkt St Suite 3600 Phila, Pa 19103-4252 |
| 16 Levin L.F.S & B * 320 Walnut St Suite 600 Phila, Pa 19106 | 17 Kessler & Cohen * Two Penn Center Plaza Suite 1705 Phila, Pa 19102 | 18 Manta & Welge 1 Commerce Square 2005 Mkt St 37th Fl Phila, Pa 19103 | 19 Marshall D.W.C & G * 1845 Walnut St Phila, Pa 19103-4717 | 20 S.J. Lau * 411 Cooper St Camden, NJ 08102 | 21 Hecker H.S.S & J 519 Federal St Parkade Bldg Suite 503 Camden, NJ 08103 | 22 W.R. McDaniel Jr * 118 W. Mulberry St B'more 21201-3600 |
| 23 Carol Tavani 4745 Ogletown-Stanton Rd / 30 Newark, De 19702 | 24 Gerber & Simms * 2 N. Charles St. Suite 340 B'more 21201 | 25 Rev Ross Brainey * 904 E 27th St Wilm, De 19802 | 26 Rev J. Brodner * 4308 Miller Rd Wilm, De 19803 | 27 Charisma * 600 Rinehart Rd Lake Mary, FL 32746 Thanksgiving Day | 28 Pas. Dr G.L. Rice * 1317 Wilson Rd. Glenside Farms Wilm, De 19805 | 29 Rev R. Bryant Hill * Haven United Meth. 1209 W. 3rd St Wilm, De 19805 |

1-C / INF / 1-B / INF / 1-A / INF / 1-F / 2-D / INF / 1-F / 1-E / INF / 1-B / 1-F / 1-C

3-97

PT
"A"

D-BLDG
B-7/B-3

ZSO

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

October 1997

C-BLDG
C92 / CR21

| S | M | T | W | T | F | S |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

December 1997

(K. Wells
413 Talladega Dr
Dunleith)

PT
C-4/B-25

G-Bldg
A-3

Thy mercy, O LORD, is in the heavens; and thy faithfulness reacheth unto the clouds.
Psalms 36:5 (KJV)

2-16
98