Lynn A Surgalla, Former Vice-President
United States Psychotronics Association
PO Box 2
Monmouth Beach, NJ 07750
3/28/05

To the Court:

As Former Vice-President of the United States Psychotronics Association, I assure the Court that the illegal testing, development and use of Psychotronic, Microwave, Laser and other forms of Electromagnetic Directed Energy Weaponry is a matter of grave concern to both the US and International Communities. These weapons are ALL potentially LETHAL, although sublethal injuries may also be inflicted as with the use of any other lethal weapon such as a gun, knife or chemical poison. Assault and Battery and/or torture/murder with any form of Directed Energy Weapon IS Assault and Battery and/or torture/murder with a LETHAL WEAPON. Despite claims to the contrary by criminal elements in our own government, there is NO SUCH THING as a NONLETHAL WEAPON (even those currently in vogue for "Slow Kill" torture-interrogation by war criminals worldwide).

In 2001, HR2977, The Space Preservation Act (2001) was introduced into Congress to BAN ALL Directed Energy Weapons. It did not pass but will soon be reintroduced. In 2002, the United Nations Institute for Disarmament Research (UNIDIR) formally listed a NEW CATEGORY of WEAPON OF MASS DESTRUCTION (Psychotronic Mind Control and other Electromagnetic Resonance Weapons) in their 2002 Media Guide to Disarmament. In 2003, the State of Michigan passed into Law House Bills 4513 and 4514 BANNING the use of ALL FORMS of ELECTROMAGNETIC WEAPONS against Human Beings in the State of Michigan. As far back as 1999, the European Union Parliament passed Resolution 27 which "Calls for an International Convention introducing a GLOBAL BAN on all developments and deployments of weapons which might enable any forms of manipulation of Human Beings." (PSYCHOTRONIC WEAPONS).

Mr Daniel Moore's claim of being assaulted with some form of DIRECTED ENERGY WEAPON is to be taken very seriously. If the criminal assailants are found to be law enforcement personnel or government employees, then the crime is an EVEN MORE SERIOUS OFFENSE with grave political implications. If the crime is found to be racially-motivated torture-assault, then the bias-crime laws also apply.

I assure you that similar cases are being addressed all over the world and that Mr Moore's case is not unique. Please give this case your closest attention. The INTERNATIONAL HUMAN-RIGHTS COMMUNITY are deeply interested in the outcome and concerned that justice be served in all cases of Directed Energy Weapons assault.

Attached to this letter is a copy of my resume and relevant pages from HR2977 which lists the forms of Electromagnetic Directed Energy Weaponry currently in use.

Sincerely,

Lynn A. Surgalla
Former Vice-President
United States Psychotronics Association

**LYNN A. SURGALLA**
PO Box 2
Monmouth Beach, NJ 07750
(732) 571-6840

## EDUCATION

| | | |
|---|---|---|
| PH.D.(ABD) | Biophysics; S.U.N.Y.A.B. (1985 - 1989) | |
| M.S. | Natural Sciences; S.U.N.Y.A.B. (RPMI Division) (1985) | |
| M.S. | Student Personnel Administration; S.U.C.B. (1984) | |
| B.A. | Social Sciences; S.U.N.Y.A.B. (1982) | |
| B.S. | Physics; Florida Atlantic University (1979) | |
| B.A. | English; Florida Atlantic University (1974) | |

## WORK EXPERIENCE

### SCIENTIFIC

**LECTURER AND CONSULTANT, (1994-Present)**
Delivered lectures and consultation to professional organizations on the topics of Bioelectromagnetic, Bioacoustic and Biochemical transduction mechanisms from the cellular to the macroscopic level. The physics underlying memory, growth, healing and regeneration as well as genetic bioresonance have been explored in relation to the development of non-invasive diagnostic and treatment devices as well as to techniques of healing in Complementary Medicine.

**INTEGRITY RESEARCH CORPORATION, Buffalo, NY (1990-1993)**
President and CEO
Developed overall business planning and objectives. Negotiated contracts and licensing. Supervised research and product development of noninvasive electromagnetic medical diagnostic and treatment devices. Developed and marketed a line of monitoring devices for environmental electromagnetic fields. Conducted research into nonconventional energy and propulsion devices. Marketed a line of IBM-compatible microcomputers and components. Supervised professional engineering consultation and monitoring of environmental energy fields.

**INTEGRITY ELECTRONICS & RESEARCH, INC., Buffalo, NY (1983-1990)**
Vice President
Hired, trained and supervised office personnel and engineering employees. Supervised research, development and testing of instruments and equipment for use in low frequency, weak A.C. field biophysical experimentation; Projects completed: High current variable frequency ELF pulse generator; miniaturized helmholtz coils and capacitors for realtime experimental signal transmission to organic specimens inside a spectrophotometer; polyvinylidene fluoride piezoelectric sensor circuit for detection of molecular deposition and adhesion under water; portable 60 Hz magnotometer; variable frequency ELF magnetometer; inertial propulsion prototype; EEG neurofeedback prototype.

**DEPARTMENT OF BIOPHYSICAL SCIENCES, School Of Medicine, S.U.N.Y.A.B., Buffalo, NY (1985-1989)**
Doctoral candidate: Conducted theoretical research in bioelectromagnetic resonance, nonlinear Dynamics, soliton theroy and chaotic dynamics.

**HEALTH INSTRUMENT DEVICES INSTITUTE (New York State Center for Advanced Technology), S.U.N.Y.A.B., Buffalo, NY (1986-1988)**
Kodak Research Fellow
Conducted research into frequency-specific micromotional effects on biological adhesion; designed, built and tested piezoelectric polymer (pvdf) sensors for detection of biofilm deposition and adhesion.

**ELECTRON OPTICS LAB; Roswell Park Memorial Cancer Research Institute, Buffalo, NY (1984-1985)**
Master Of Science Candidate
Designed and conducted experimental research in frequency specific electromagnetic field effects on active calcium transport in isolated membrane vesicles.

LYNN A. SURGALLA   PAGE 2

**LOCKHEED MISSILES & SPACE COMPANY**, Sunnyvale, California (1979-1981)
Satellite Operations Engineer
Systems engineering, planning and analysis for U.S. Government satellite systems at Satellite Test Center: (VELA system ('79); Navstar Global Positioning System (G.P.S.) ('80 - '81); expert knowledge of spacecraft subsystems and operational requirements; analysis of spacecraft anomalies; command planning; mission control team member; provided realtime analysis of telemetry data; advised mission controller for successful completion of support objectives and emergency activity; dedicated Planner/Analyst for launches of NAVSTAR IV, VI, VII.

**DEPARTMENT OF PHYSICS**, Florida Atlantic University, Boca Raton, Florida (1978 - 1979)
Laboratory Assistant
Organized and prepared undergraduate laboratory experiments; maintained equipment; assisted research experimentation plasma physics lab.

**ROSWELL PARK CANCER RESEARCH INSTITUTE**, Buffalo New York (1974 - 1975)
Technical Writer (Medical And & Scientific Communications)
Prepared research papers for publication in technical and nontechnical journals; wrote press releases and summaries for nontechnical publications.

## ADMINISTRATIVE/SUPERVISORY, (NON-SCIENTIFIC)

**ALLENTOWN YOUTH SERVICES CONSORTIUM**, Buffalo, New York (1983 - 1984)
Academic Assessor
Responsible for delivering an individualized and client intensive program of academic instruction to youth ages 16-25; assessed (diagnosed & documented) each student's academic strengths and weaknesses through administration and interpretation of diagnostic tests; designed and implemented individualized academic plans and instructional programs for all students (individual, small, and large group classes); built and maintained a resource bank of self motivating academic materials; developed informal predictive tests; scheduled and instructed group lessons in all subject areas; maintained detailed academic records; provided academic advisement and counseling to facilitate enrollment into institutions of higher learning; supervised all academic activities.

**NBC TELEVISION NETWORK**, New York, NY (1976 - 1977)
Erie County Coordinator For Election News Coverage
Hired, trained, supervised and coordinated pollsters and reporters for election news coverage in all of Erie County, New York (including the Carter/Ford presidential election).

**NORTHEAST YMCA**, Snyder, New York (1975 - 1977)
Supervisor Of Women's Health Club
Supervised activities; instructed in exercise techniques, weight training and nutrition.

## TEACHING

**NEW YORK STATE EDUCATION DEPARTMENT**, Office Of Vocational Rehabilitation, Buffalo, New York (1982-1984)
Special Tutor/Academic Counselor
Designed and implemented individual academic services to physically disabled college students (Computer Science, Math, English, Biology).

**DAEMEN COLLEGE**, Amherst, New York (1982-1983)
Special Tutor
Learning center: Instructed small groups and individual college students in computer science, mathematics, biology and chemistry.

LYNN A. SURGALLA                                                                          PAGE 3

    STATE UNIVERSITY OF NEW YORK, Buffalo, NY (1982 - 1985)
    Instructor (Life Workshops)
    Taught special workshops in superlearning techniques and self-hypnosis to faculty, staff, & students.

    FREDERICK ACADEMY OF THE VISITATION, Frederick, Maryland (Summer Semesters 1970 - 1973)
    Teacher/Activities Coordinator
    Taught English as a foreign language; coordinated and supervised foreign student activities and travel.

### JOURNALISTIC
    W.M.S.M. RADIO STATION, Emmitsburg, Maryland (1969-1970)
    Editorial Staff (Reporter /Announcer)
    Wrote and delivered editorials and news stories (live and prerecorded) on various topics.
    FREE LANCE JOURNALISM (Various Publications), (1970-Present)

## GENERAL
### MEMBERSHIPS
- American Institute Of Aeronautics And Astronautics
- New York Academy Of Science
- American Association For The Advancement Of Science
- Mathematical Association Of America
- Biomedical Engineering Society
- Society For Industrial And Applied Mathematics
- International Platform Association
- <u>International Tesla Society</u>
- Swiss Association For Free Energy
- World Future Society
- Planetary Association For Clean Energy
- National Association Of Student Personnel Administrators
- American Counseling Personnel Association
- Society For Biomaterials
- Bioelectromagnetics Society
- U.S. Psychotronics Association (Vice President, 1987-1988)
- Integrity Computer Club (Vice President 1985-1989)
- SUNYAB Biophysics Graduate Student Association (Vice President 1986-1987)
- National Association For Female Executives
- American Society Of Professional & Executive Women

### HONORS
- International Leaders In Achievement (1990)
- Directory Of Distinguished Americans (1990)
- The World Who's Who Of Women (1989)
- 2000 Notable American Women (1989)
- Kodak Fellowship Research Grant (1986-1988)
- Who's Who In American Women (1988)
- Who's Who In Aviation And Aerospace (1981)
- Maryland State Senatorial Scholarship (1969)
- National Honor Society (1969)
- National Merit Association (1969)

## HOBBIES
    Dance, Yoga, Tai Chi, Poetry, Painting, Mathematics, Theatre, Lecturing /Giving Workshops And Seminars, Music, Computers

LYNN A. SURGALLA

## PERSONAL
Marital Status: Married
Born: December 12, 1951
Clearance: Secret (CNWDI), D.O.D. (12/79)

## PUBLICATIONS
### BOOKS
- Surgalla, M.J. And Surgalla, L.A.,
The Nonsmoker's Companion. Full Court Press, New York, 1998

### MASTER'S THESES
- "A Needs Assessment And Evaluation Of The Applicability Of Microcomputer Use In The Student Affairs Division Of The State University Of New York College At Buffalo", 1983
- "Effects Of Weak, Extremely Low Frequency Complex Electromagnetic Fields On Calcium Transport In Isolated Sarcoplasmic Reticulum", 1985

### PH.D. DISSERTATION
- (Proposed): "Use Of Solitary Wave Mechanistic Theory In Prediction Of Specific Macromolecular Weak Extrinsic Field Dynamic Conformational Interactions", 1989

### ARTICLES
- Surgalla, L.A., "Nonlinear Dynamics: Mathematical Physics For Twenty-First Century Technology (A Tutorial For Engineers), Proceedings Of The 1990 Meeting Of The International Tesla Society, Colorado Springs, CO 1990
- Surgalla, L.A., "Coupling Of Micromotion With Controlled Surface Properties To Minimize Fouling And Scale Formation" Proc. Of Amer. Soc. of Civil Engineers (Engineering Mechanics Division) 6th Specialty Conference, S.U.N.Y.A.B., 1987
- Surgalla, L.A., "Effects Of ELF Fields On Calcium Transport In Isolated Sarcoplasmic Reticulum, "Bioelectromagnetics Society 10th Annual Meeting Aestracts, Stamford, Connecticut, 1988
- Surgalla, L.A., "Electromagnetic Field Interactions With Biological Macromolecules," Proceedings Of The U.S.P.A., pp. 77-85, 1985.
- Surgalla, L.A., "Molecular Mechanisms Of Magnetic Medicine, "Magnets, Vol.3, N.4, pp 14-31, April, 1988.
- Surgalla, L.A., "Surface Micromotional Effects On Bioadhesion," Proceedings Of The 40th Annual Conference On Engineering In Medicine And Biology, Niagara Falls, NY, 1987
- Valone, T.F. and Surgalla, L.A. "Progress Of U.S. Psychotronic Research,: Pursuit, Vol.6, N.3, pp 128-131, 1986.

### CONFERENCE PRESENTATIONS (VIDEOS)
- Surgalla, L.A., "Bioelectromagnetic Form Resonance and Energy Transduction Mechanisms In Living Systems," U.S. Psychotronics Association, Chicago, Illinois, (K5MB), 1986
- Surgalla, L.A., "ELF Effects On Cellular Membranes," U.S. Psychotronics Association, Chicago, Illinois, (J6-A), 1985
- Surgalla, L.A., "How Mind Forms Matter From The Fundamental Field: Nonlinear Dynamics Of Psychophysical Interaction," U.S. Psychotronics Association, Chicago, Illinois, (L10-B), 1987.
- Surgalla, L.A., "Molecular Mechanisms of Electromagnetic Medicine," U.S. Psychotronics Association, Chicago, Illinois, (M20-A), 1988.
- Surgalla, L.A. And Valone, T.F., "Controlling Bioenergy Fields With Applied Biochemistry," U.S. Psychotronics Association, Chicago, Illinois, (L39-A), 1987.
- Surgalla, L.A. "Magnetohydrodynamic Effects In Biological Systems," U.S. Psychotronics Association, Chicago, Illinois, (N3-A), 1989
- Surgalla, L.A., "Biophysics of Balance: The Healing Path," International Primal Association, 25th Annual IPA Convention, 1997
- Surgalla, L.A., "Resonant Fields of Life," Lily Daily Healing Association, 1996
- Surgalla, L.A. & Valone, T.F., "Tantric Yoga," Global Sciences Congress, Denver, Colorado, 1990

### TELEVISION PROGRAMS (VIDEOS)
- Surgalla, L.A. & Valone, T.F., "Bioelectromagentics & Power Line Radiation" Series; Integrity Research Corp. (1988 - 1989)
- Surgalla, L.A., "Powerline Radiation" Series, WKBW News, Buffalo, NY (1991)

```
THIS SEARCH        THIS DOCUMENT        GO TO
Next Hit           Forward              New Bills Search
Prev Hit           Back                 HomePage
Hit List           Best Sections        Help
                   Doc Contents
```

| GPO's PDF version of this bill | References to this bill in the Congressional Record | Link to the Bill Summary & Status file. | Full Display - 6,567 bytes.[Help] |

Space Preservation Act of 2001 (Introduced in the House)

HR 2977 IH

107th CONGRESS

1st Session

H. R. 2977

To preserve the cooperative, peaceful uses of space for the benefit of all humankind by permanently prohibiting the basing of weapons in space by the United States, and to require the President to take action to adopt and implement a world treaty banning space-based weapons.

IN THE HOUSE OF REPRESENTATIVES

October 2, 2001

Mr. KUCINICH introduced the following bill; which was referred to the Committee on Science, and in addition to the Committees on Armed Services, and International Relations, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

A BILL

To preserve the cooperative, peaceful uses of space for the benefit of all humankind by permanently prohibiting the basing of weapons in space by the United States, and to require the President to take action to adopt and implement a world treaty banning space-based weapons.

    *Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,*

## SECTION 1. SHORT TITLE.

    This Act may be cited as the `Space Preservation Act of 2001'.

## SEC. 2. REAFFIRMATION OF POLICY ON THE PRESERVATION OF PEACE IN SPACE.

Congress reaffirms the policy expressed in section 102(a) of the National Aeronautics and Space Act of 1958 (42 U.S.C. 2451(a)), stating that it 'is the policy of the United States that activities in space should be devoted to peaceful purposes for the benefit of all mankind.'.

## SEC. 3. PERMANENT BAN ON BASING OF WEAPONS IN SPACE.

The President shall--

(1) implement a permanent ban on space-based weapons of the United States and remove from space any existing space-based weapons of the United States; and

(2) immediately order the permanent termination of research and development, testing, manufacturing, production, and deployment of all space-based weapons of the United States and their components.

## SEC. 4. WORLD AGREEMENT BANNING SPACE-BASED WEAPONS.

The President shall direct the United States representatives to the United Nations and other international organizations to immediately work toward negotiating, adopting, and implementing a world agreement banning space-based weapons.

## SEC. 5. REPORT.

The President shall submit to Congress not later than 90 days after the date of the enactment of this Act, and every 90 days thereafter, a report on--

(1) the implementation of the permanent ban on space-based weapons required by section 3; and

(2) progress toward negotiating, adopting, and implementing the agreement described in section 4.

## SEC. 6. NON SPACE-BASED WEAPONS ACTIVITIES.

Nothing in this Act may be construed as prohibiting the use of funds for--

(1) space exploration;

(2) space research and development;

(3) testing, manufacturing, or production that is not related to space-based weapons or systems; or

(4) civil, commercial, or defense activities (including communications, navigation, surveillance, reconnaissance, early warning, or remote sensing) that are not related to space-based weapons or systems.

**SEC. 7. DEFINITIONS.**

In this Act:

(1) The term `space' means all space extending upward from an altitude greater than 60 kilometers above the surface of the earth and any celestial body in such space.

(2)(A) The terms `weapon' and `weapons system' mean a device capable of any of the following:

(i) Damaging or destroying an object (whether in outer space, in the atmosphere, or on earth) by--

(I) firing one or more projectiles to collide with that object;

(II) detonating one or more explosive devices in close proximity to that object;

(III) directing a source of energy (including molecular or atomic energy, subatomic particle beams, electromagnetic radiation, plasma, or extremely low frequency (ELF) or ultra low frequency (ULF) energy radiation) against that object; or

(IV) any other unacknowledged or as yet undeveloped means.

(ii) Inflicting death or injury on, or damaging or destroying, a person (or the biological life, bodily health, mental health, or physical and economic well-being of a person)--

(I) through the use of any of the means described in clause (i) or subparagraph (B);

(II) through the use of land-based, sea-based, or space-based systems using radiation, electromagnetic, psychotronic, sonic, laser, or other energies directed at individual persons or targeted populations for the purpose of information war, mood management, or mind control of such persons or populations; or

(III) by expelling chemical or biological agents in the vicinity of a person.

(B) Such terms include exotic weapons systems such as--

(i) electronic, psychotronic, or information weapons;

(ii) chemtrails;

(iii) high altitude ultra low frequency weapons systems;

(iv) plasma, electromagnetic, sonic, or ultrasonic weapons;

(v) laser weapons systems;

[Handwritten annotation: "These weapons systems have already been developed, used, tested on U.S. citizens and others. They are currently in use." Signed: LA Burgala]

(vi) strategic, theater, tactical, or extraterrestrial weapons; and

(vii) chemical, biological, environmental, climate, or tectonic weapons.

(C) The term 'exotic weapons systems' includes weapons designed to damage space or natural ecosystems (such as the ionosphere and upper atmosphere) or climate, weather, and tectonic systems with the purpose of inducing damage or destruction upon a target population or region on earth or in space.

---

```
THIS SEARCH        THIS DOCUMENT        GO TO
Next Hit           Forward              New Bills Search
Prev Hit           Back                 HomePage
Hit List           Best Sections        Help
                   Doc Contents
```

---