

**M. JANE BRADY**
**ATTORNEY GENERAL**

**STATE OF DELAWARE**
**DEPARTMENT OF JUSTICE**

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

**PLEASE REPLY TO:**

April 26, 2005

The Honorable Joseph J. Farnan, Jr.,
United States District Court for the
District of Delaware
Lock Box 27
844 N. King Street
Wilmington, De 19801

*Re: Daniel L. Moore v. Dept. of Correction*
<u>C.A. No. 04-1396-JJF</u>

Dear Judge Farnan,

    I am in receipt of Mr. Moore's motion to amend filed on or about April 15, 2005. (D.I.#17). Defendants filed a dispositive motion on or about December 17, 2004, (D.I.#9) while plaintiff filed an answering brief on or about January 18, 2005. (D.I.#11). Defendants oppose plaintiff's motion to amend for reasons stated herein.

    Rule 15(a) of the Federal Rules of Civil Procedure permits a party to amend a pleading "once as a matter of course at any time before a responsive pleading is served." Fed. R. Civ. P. 15(a). After an answer has been filed, the plaintiff may amend only with leave of court or with written consent of the opposing party, but "leave shall be given freely when justice so requires." *Id.* "Among the grounds that could justify a denial of leave to amend are undue delay, bad faith, dilatory motive, prejudice, and futility." *Shane v. Fauver*, 213 F.3d 113, 115 (3d Cir. 2000). The plaintiff's motion to amend demonstrates undue delay and more importantly is futile. Plaintiff's claims cover the period of 1997-1998 while he was incarcerated at Gander Hill. Plaintiff's complaint was filed in October, 2004, well beyond the two-year limitation period set forth in 10 *Del. C.* §8119. Consequently, plaintiff's allegations are barred by the statute of limitations.

The Honorable Joseph J. Farnan, Jr.
April 26, 2005
Page Two

      Plaintiff's motion to amend requests an increase in monetary damages while also alleging the following state tort claims: character assassination, defamation of character, slander, verbal harassment and mental distress. Since this court has original jurisdiction over plaintiff's complaint, it "shall have supplemental jurisdiction over all other claims that are so related to the original jurisdiction claims." 28 U.S.C.§1367(a).

      In the event defendants' motion to dismiss is granted as to the federal claims, this Court should decline to adjudicate plaintiff's state claims pursuant to §1367(c)(3). It is well, established that if the basis for original jurisdiction in United States District Court fails, then absent extraordinary circumstances, any supplemental state law claims should also be dismissed. *United Mine Workers v. Gibbs,* 383 U.S. 715, 726,27 (1966). ("Certainly, if the federal claims are dismissed before trial, even though not insubstantial in a jurisdictional sense, the state claims should be dismissed as well."); *Borough of West Mifflin v. Lancaster,* 45 F.3d 780, 788 (3d Cir.1995)("Under *Gibbs* jurisprudence, where the claim over which the district court has original jurisdiction is dismissed before trial, the district court must decline to decide the pendent state claims unless considerations of judicial economy, convenience, and fairness to the parties provide an affirmative justification for doing so.").

      Thank you for Your Honor's consideration of and cooperation in this matter.

      Respectfully,

/s/ Richard W. Hubbard
Deputy Attorney General
Bar ID#2442
State of Delaware
Department of Justice
820 N. French Street, 6th Fl.,
Wilmington, De 19801
(302) 577-8400
richard.hubbard@state.de.us

xc:   Clerk of the District Court

      Mr. Daniel Moore
      22 Ryan Avenue
      New Castle, De 19720