Daniel L. Moore
22 Ryan Avenue
Rose Hill Gardens
New Castle, De. 19720
May 31, 2005

The Honorable Joseph J. Farnan, Jr.
United States District Court for the
District of Delaware
Lock Box 27
844 N. King Street
Wilmington, De. 19801



**Re: Daniel L. Moore, et. al. v. State of Delaware, et. al.**
**C.A. No. 04-1396-JJF**

Dear Judge Farnan,

    Despite the fact that the Motion to Dismiss filed by the Defendant's was dated on April 26, 2005 I did not receive it via the United States Postal Service until April 28, 2005.
    My response is not arriving to the Clerk of District Court Office until May 31, 2005 due to the Memorial Day holiday and the fact that the 28th of May is on a Saturday.
    Therefore I ask the Court to allow it to be received, filed and accepted as being received in a timely manner.
    I thank you in advance for your anticipated assistance and cooperation in this matter.

                                               Sincerely,

                                               Daniel L. Moore