(A)

STATE OF DELAWARE

V

DANIEL L. MOORE

CR. A. NO. 96-04-0660

ID# 9603005422

DOB - 3/9/51
SBI - 095945

MOTION TO AMEND

DEFENDANT COMES TO THE COURT PRO SE AND PURSUANT TO SUPERIOR COURT RULE 61 (b-6) AND ASKS THE COURT TO AMEND MOTION FOR POST CONVICTION RELIEF.

DEFENDANT ASKS TO AMEND BY THE INCLUSION OF EXTRAORDINARY CIRCUMSTANCES:

OVERCROWDING - HAS CAUSED A LACK OF ADEQUATE AVAILABLE DRUG TREATMENT PROGRAMS, LACK OF EDUCATIONAL AND INDUSTRIAL PROGRAMS, ATMOSPHERE THAT PERPETUATES VIOLENCE AND THREATS OF VIOLENCE, UNSANITARY LIVING CONDITIONS AND STAFF ACTING WITH CULPABLE STATES OF MIND.

NATURE OF CRIME- DEFENDANT DID COMMIT A NON-VIOLENT OFFENSE, FORGERY 2ND.

HARASSMENT- BY STAFF AND INMATES WITH STAFF KNOWLEDGE AND APPROVAL. LABELED A BLACK COP AND SMYRNA COP BY STAFF IN FULL VIEW OF INMATES. MAIL DENIED BY STAFF, REFUSAL TO ISSUE ENVELOPES BY STAFF, ACCESS TO LAW LIBRARY DENIED, LIMITED AND RESTRICTED INHIBITING ABILITY TO PETITION THE COURTS, NOTARY SERVICE LIMITED BY MAIL ROOM, SUBJECTED TO TAUNTS AND THREATS BY STAFF AND INMATES, LABELED THE MAN OF THE LORD BY ADMINISTRATORS BECAUSE OF MY DESIRE TO STUDY THE WORD OF GOD TO SUBJECT ME TO RIDICULE.

INVASION OF PRIVACY- CONTENTS OF PHONE CONVERSATIONS AND OUTGOING AS WELL AS INCOMING MAIL RELEASED TO INMATES.

HUMILIATION- PHOTOS OF FEMALE FAMILY MEMBERS AND LOVED ONES RELEASED TO

INMATES IN ORDER TO HUMILIATE ME. THE PHOTOS ARE NUDE AND DEPICT ACTS OF SEX.

DEFENDANT PRAYS THE COURT WILL GRANT ALL RELIEFS TO WHICH HE MAY BE ENTITLED IN THIS PROCEEDING.

DANIEL L. MOORE

MAY 8, 1998

(B) 9-4-98

SUPERIOR COURT
OF THE
STATE OF DELAWARE

HENRY duPONT RIDGELY
PRESIDENT JUDGE

COURT HOUSE
DOVER, DE 19901

September 2, 1998

9/4

Mr. Daniel L. Moore
SBI #0095945
Delaware Correctional Center
Smyrna, DE 19977
N440

Re: **State v. Daniel Moore**
**ID No. 9603005422; 9606012886**

Mr. Moore:

Your letter dated August 28, 1998, has been received by my office.

A review of the court docket indicates that this is a New Castle County case and that Judge Norman Barron is one of the judges involved in your case. The President Judge does not review the case decisions of other Superior Court Judges, nor does he direct them how any individual case should be handled. I am referring copies of your letter to Judge Norman Barron for whatever action he deems appropriate.

Very truly yours,

mjs
xc: Hon. Norman Barron (w/enclosure)
Prothonotary, New Castle County (w/original)
File

SEP 1 [illegible]

August 28, 1998

Judge Ridgely,

For Reasons That Escape Me The Prothonotarys' Office Continues To Ignore My Pro Se Motions Despit My Notifying Them That Joseph A Gabay Is No Longer My Attorney Of Record.

In Fact I Have Alerted The American Bar Association And The Delaware Bar Association Seeking To Have Him Investigated.

Your Letter Of August 17th, Notifing The Prothonotary And Submitting My Motion For Bail Reduction Have Been Ignored.

I Also Sent In A Copy To Them Dated August 16th, And They Refused To Honor It As Well.

It Appears To Me At This Time That Judge Barron Is Allowing Them To Do This As Well.

I Can Only Assume That They Have Gotten Themselves So Caught Up In The Man Of God And The Man Of The Lord That They Are Neglecting Their Duties.

The Department Of Corrections

PLACES BOTH LABELS ON ME LAST YEAR AND ENDOWED ME WITH ARTIFICAL ABILITIES TO ACCOMPANY THE TITLES.

THEIR ACTIONS ARE INDICATING TO ME THAT MY ONLY RECOURSE IS TO SEEK A TEMPORARY RESTRAINING ORDER IN THE FEDERAL COURT.

COULD YOU PLEASE TELL THEM TO ALLOW ME TO RECEIVE JUSTICE AND NOT BE SUBJECTED TO THEIR CRIMINAL ACTIONS.

THANK YOU FOR YOUR TIME AND YOUR COOPERATION.

SINCERELY,

DANIEL L. MOORE
45945
DELA. CORR CENTER

RE: STATE v DANIEL MOORE
ID # 9603005421; 9606012886

(C

In The Spring (March) Of 1997, I Was Placed On-Line With What The Department Of Corrections Called The Inmate Communications Tracking System.

This System Was Designed To Track The Movements Of Inmates And I Was Chosen W/out My Approval To Be The Guinea Pig.

Through Testing And Experimentation This System Has Been Turned Into A Device That Allows The Operator To Subject Anyone To Excruciating Pain To Alter Their Behavior Or To Invade Their Privacy By Listening In To All Of A Persons' Communications (Written As Well As Oral). (Brainwashing)

This System When Being Incorporated With The 800 MHz Infrastructure Equipment Allows The State To Hear Any And All Conversations Thereby Effectively Eliminating The Lawyer-Client Confidentiality Privilege.

They Have The Capability To Do This Without You Even Being Aware Which Truly Presents A Serious Problem For All Lawyers As They Prepare Their Defense For Their Cases.

The 800 MHz Equipment Allows The State To Project Transmit Sounds And Voices At The Low End Of The FM Band.

THEY CAN TRANSMIT THEM INTO AN EMPTY ROOM, A WALL OR INTO A PERSONS HEAD OR BODY.

THEY CAN ALSO RECORD YOUR PHONE CONVERSATIONS OR YOUR LEGAL OR CASUAL CONVERSATIONS.

IN JUNE 1998, THE DEPARTMENT OF CORRECTIONS RECEIVED $[illegible],000,000 THAT WAS APPROPRIATED BY THE GOVERNOR FOR THE INSTALLATION OF 800 MHZ INFRASTRUCTURE EQUIPMENT.

THE ADDITIONAL PROGRAMS THAT HAVE BEEN INCORPORATED INTO THE I.C.T.S. ALLOW THEM TO INVADE A PERSONS INTELLECT BY PROJECTING IMAGES ONTO ONES MIND OR BY PROJECTING MENTAL IMPRESSIONS.

THEY CAN PROJECT COMPUTER GENERATED IMAGES OR HOLOGRAMS. THEY USE THESE IMAGES TO DEPICT DEVIATE ACTS OF SEX TO HUMILIATE, RIDICULE AND TO INTENTIONALLY INFLICT EMOTIONAL AND MENTAL DISTRESS.

THE STATE SEEMS TO HAVE A FONDNESS FOR IMPLANTING SILLY IMAGES WHILE AN INDIVIDUAL IS ASLEEP.

ANOTHER PROGRAM ALLOWS THEM TO INFLICT PHYSICAL PAIN. THIS IS INTENDED TO ALTER ONES BEHAVIOR (BEHAVIOR MODIFICATION).

MY ELBOW HAS BEEN BURNT BLACK BY

The Staff Using The Laser Attachment For My Not Altering My Behavior And Being A Docile, Compliant, Non Thinking, Mindless Robot As They Desired.

A Few Of The Cruel And Unusual Pains That Are Applicable Are:

1. Heat, Cold Or Moisture On Body Or Clothing
2. Burning And Stinging Sensations - Laser
3. Bubbles That Move On Body Or Face
4. Muscles Twitching Uncontrollably
5. Artificially Induced Diarrhea
6. Unnatural Gas Expulsions
7. Forced One Eye Blinking
8. Pinching Sensations On Body
9. Invisible Objects That Strike Body Or Head
10. Pins That Stick Body
11. Sounds (Ringing, Voices, Ticking, etc)
12. Odors (Foul And Rancid Or Sweet)
13. Hair Like Object That Brushes Face
14. Forced Erection
15. Stings On Penis
16. Jerking Of Penis And Squeezing Of [illegible]

A List Of Some Of The Private Citizens Who Are On Line:

Hon. Fred S. Silverman
Dela. State Police

WILM. DEPT. POLICE
NEW CASTLE COUNTY POLICE
JOSEPH [illegible], ESQ
CHARLES [illegible], ESQ
DIANE CLARK STREET, ESQ
THEO GREGORY, ESQ
JOSEPH [illegible], ESQ
[illegible] O'NEILL, ESQ
CITY HALL WORKERS
SHERIFF DEPT. WORKERS
ROBIN [illegible]
P.F. KINSLOW
[illegible]
K.L. KINSLOW
REV. ROBERT WILSON
KATRINA HAWKINS
ELDER MYRTLE WILLIAMS
REV. TYRONE JOHNSON
DEL. STATE COMMUNITY GOSPEL CHOIR (1997-98)

WHEN AN INDIVIDUAL IS ON-LINE WITH THIS PROCEDURE THE STATE HAS THE ABILITY TO INVADE THEIR PRIVACY BY SHOWING NUDE IMAGES OF THEM AND BY LISTENING IN TO THEIR CONVERSATIONS WITHOUT THEM BEING AWARE.

IN 1997, THE D.O.C. ASKED FOR AN ALLOCATION OF $[illegible],500,000 TO GET THE SYSTEM UP AND RUNNING WHEN THEY ALREADY

Had It Operating

At This Time I Am Uncertain If The [illegible] [illegible]'s The Money To Start This System But I Know For Sure That [illegible] Any [illegible] And That It Violates The Constitutional Rights And Privileges Of All [illegible] In The State Of Delaware.

Daniel L. Moore
95445
[signature]

December 7, 1998




D

DELAWARE HEALTH
AND SOCIAL SERVICES
DIVISION OF ALCOHOLISM,
DRUG ABUSE AND MENTAL HEALTH

DELAWARE PSYCHIATRIC CENTER

12/17/98

This is to certify that Mr Daniel Moore was seen for a competency evaluation on this date.

Report to follow.

[signature] MD

To: Paul Wallace@Criminal@Justice
Cc: Fred Silverman@Judges@Super-N
Linda Hawthorne@Judicial Staff@Super-N
Mary-Jane Ward@Prothonotary@Super-N
ProthCriminal@Prothonotary@Super-N
Bcc:
From: Tracy Walls-Pulling@Judicial Staff@Super-N
Subject: Daniel Moore - ID 9603005422 & 9606012886
Date: Tuesday, December 29, 1998 15:42:49 EST
Attach:
Certify: Y
Priority: Normal
Defer until:
Expires:
Forwarded by:

---

Today the Court received the evaluation report written by Dr. Sacre and Dr. Seward concerning Daniel Moore which was copied to counsel. Judge Silverman's order which was docketed 11/19/98 indicates that "If the defendant is determined to be competent then he shall have two (2) weeks from the date the report is filed with Superior Court to enter any plea agreement which may be reached by the parties."

The report does state that they find Mr. Moore competent to proceed, and I will have the evaluation report docketed by the Prothonotary's Office on Wednesday, December 30, 1998, which means that January 13, 1999 will be the last day a plea will be accepted from Daniel Moore. If no plea is entered on or before January 13, 1999, Daniel Moore will be set for trial.

If you desire to schedule the plea, please contact Mary Jane Ward at 577-2400, ext. 444. Thank you.

cc: Joseph Gabay, Esquire (by fax)

Motion Calendar
1/19/99







1994
Christian Coalition
American Family Calendar

A new command I give you: Love one another. As I have loved you, so you must love one another.
John 13:34
Christian Coalition
Sunday
Monday
Tuesday
Wednesday
Thursday
Friday
Saturday
Dept Letter Refused
Grievance
Equipment
All - Night Press
Forced Infirmary
Refused
Doctor
Called Dad
Early Morn Assault
Do Call
Assault Increased
Early Am Harassment
Received Charges
Called Dad
Tanya
Moved

*rain a child in the
'ay he should go, and
'hen he is old he will
ot turn from it.*

roverbs 22:6

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| 9-4 Wrote to Judge Schwartz | 1 Labor Day | 2 U.S. Dist Court | 3 | 4 [illegible] Cy Lee | 5 [illegible] | 6 |
| 7 ACLU [illegible] | 8 [illegible] | 9 [illegible] | 10 Dist Court | 11 [illegible] (1-F [illegible]) | 12 B. Bruce 1-E | 13 |
| 14 [illegible] | 15 "Classified" | 16 [illegible] | 17 | 18 | 19 Schwartz | 20 |
| 21 | 22 [illegible] | 23 | 24 Infirm [illegible] | 25 [illegible] | 26 US Dist Court [illegible] Christian Coalition Road to Victory Conference | 27 [illegible] State Police Christian Coalition Road to Victory Conference |
| 28 ACLU | 29 2-Cards | 30 ACLU | 9-5-97 [illegible] | 9-6-97 [illegible] | 4-5 Status Changed | |

Christian Coalition