IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL L. MOORE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A.No.04-1396-JJF |
| ) | |
| STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION et al., ) | |
| ) | |
| Defendants. ) | |

**STATE DEFENDANTS' MOTION TO STRIKE
PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS**

1.  Plaintiff Daniel Moore, ("Moore") is a former inmate who was incarcerated at the Howard R.Young Correctional Institution ("Gander Hill") in Wilmington, Delaware during the relevant period of the actions giving rise to this Complaint.

2.  On or about October 27, 2004, Moore filed a Complaint pursuant to 42 U.S.C.§1983, alleging Eighth Amendment Constitutional violations of cruel and unusual punishment against the State defendants. (Complaint, *passim*). Specifically, Moore alleged that while incarcerated at Gander Hill during the period from March, 1997 to 1999, he was subject to experimentation, behavioral modification, sleep deprivation and overt and covert verbal harassment by the State defendants. *Id.*

3.  On or about December 17, 2004, State defendants filed a Motion to Dismiss with a Memorandum of Points and Authorities in Support thereof. (D.I.##9,10). On or about January 18, 2005, Moore filed *Plaintiffs' Memorandum of Points and Authorities in Support against Defendants' Motion to Dismiss*. (D.I.#11). On or about February 3, 2005 in a letter to the Court State defendants waived their right to file a Reply Brief. (D.I.#12). On or about May 31, 2005,

four months after State defendants waived their right to file a Reply Brief Moore filed *Plaintiffs' Response to the Defendants' Motion to Dismiss*. This motion appears to be a second Answering Brief filed by Moore. (D.I.#20)

    4.    Briefing on this matter was completed under the clear terms of D.Del. L.R. 7.1.2., which states in pertinent part:

> (a) *Briefing and affidavit schedule* . . . Unless otherwise ordered by the Court, the briefing and affidavit schedule for presentation of all motions shall be : (1) the opening brief and accompanying affidavit(s) shall be served and filed on the date of the filing of the Motion; (2) the answering brief and accompanying affidavit(s) shall be served and filed no later that 10 days after service and filing of the opening brief; (3) The reply brief and accompanying affidavit(s) shall be served and filed no later that five days after service and filing of the answering brief.
>
>    \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*
>
> (c) *Citation of subsequent authorities.* No additional briefs, affidavits, or other papers in support of or in opposition to the motion shall be filed without prior approval of the Court, except that a party may call to the Court's attention and briefly discuss pertinent cases decided after a party's final brief is filed or after oral argument.

Moore's latest motion should be stricken as it clearly violates D. Del. L.R. 7.1.2 (a) and (c). While State defendants do not dispute Moore's right to seek redress for perceived violations of his rights, he must do so pursuant to the Court's rules so that the parties and the Court will be aware of the specific factual and legal issues to be decided in a pending case.

WHEREFORE, State defendants respectfully request that this Honorable Court strike Moore's Answering Brief filed on or about May 31, 2005, as Moore's motion is outside the scope of pleadings permitted by D. Del. L.R. 7.1.2.

**DEPARTMENT OF JUSTICE
STATE OF DELAWARE**

 /s/ Richard W. Hubbard_____
Richard W. Hubbard, ID#2442
Deputy Attorney General
Carvel State Office Building
820 North French Street, 6th Fl.,
Wilmington, DE 19801
(302) 577-8400
Attorney for State Defendants
richard.hubbard@state.de.us

Dated: June 6, 2005

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| DANIEL L. MOORE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A.No.04-1396-JJF |
| ) | |
| STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**IT IS SO ORDERED** this _____ day of _____, 2005, that

*Plaintiffs' Response to the Defendants' Motion to Dismiss* filed on or about May 31, 2005

violates D. Del. L.R. 7.1.2 (a) and (c) and should be stricken.


_____
Judge Joseph J. Farnan, Jr.,

## *CERTIFICATE OF MAILING AND/OR DELIVERY*

The undersigned certifies that on June 6, 2005, he caused the attached *State Defendants' Motion to Strike Plaintiffs' Response to the Defendants' Motion to Dismiss Filed on May 31, 2005,* to be delivered to the following person(s) in the form and manner indicated:

**NAME AND ADDRESS OF RECIPIENT(S):**

Daniel L. Moore
22 Ryan Avenue
New Castle, De  19720

**MANNER OF DELIVERY:**

_____ One true copy by facsimile transmission to each recipient

\_\_\_✓\_\_\_ Two true copies by first class mail, postage prepaid, to each recipient

_____ Two true copies by Federal Express

_____ Two true copies by hand delivery to each recipient

/s/ Richard W. Hubbard
Richard W. Hubbard, ID#2442
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
302-577-8400

Attorney for State Defendants