IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL L. MOORE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A.No.04-1396-JJF |
| ) | |
| STATE OF DELAWARE ) | |
| DEPARTMENT OF CORRECTION et al., ) | |
| ) | |
| Defendants. ) | |

## **SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Deputy Attorney General Lisa Barchi hereby enters her appearance in lieu of Deputy Attorney General Richard W. Hubbard as counsel for State Defendants Sheresse Brewington-Carr, Michael Costello, Department of Corrections, Perry Phelps, Robert Snyder, State of Delaware, Stanley Taylor and Raphael Williams.

| | |
|---|---|
| STATE OF DELAWARE | STATE OF DELAWARE |
| DEPARTMENT OF JUSTICE | DEPARTMENT OF JUSTICE |
| | |
| /s/ Richard W. Hubbard | /s/ Lisa Barchi |
| Richard W. Hubbard | Lisa Barchi |
| Deputy Attorney General | Deputy Attorney General |
| 820 N. French Street, 6th Floor | 820 N. French Street, 6th Floor |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| (302) 577-8400 | (302) 577-8400 |
| richard.hubbard@state.de.us | lisa.barchi@state.de.us |

Date:  July 27, 2005

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2005, I electronically filed *Substitution of Counsel* with the Clerk of Court using CM/ECF.  I hereby certify that on July 27, 2005, I have mailed by United States Postal Service, the document to the following non-registered participant: Daniel L. Moore (Pro Se).

    /s/ Lisa Barchi
    Deputy Attorney General
    Department of Justice
    820 N. French St., 6th Floor
    Wilmington, DE 19801
    (302) 577-8400
    lisa.barchi@state.de.us