IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DANIEL L. MOORE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 04-1396 JJF |
| STATE OF DELAWARE; DEPARTMENT OF CORRECTION; STANLEY TAYLOR; ROBERT SNYDER; SHERESSE BREWINGTON-CARR; RAPHAEL WILLIAMS; PERRY PHELPS; MICHAEL COSTELLO; and other nameless employees at MPCJF and DCCOE, | : |
| Defendants. | : |

**ORDER**

At Wilmington this 27 day of July 2005, for the reasons set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that:

1) The Motion To Dismiss (D.I. 9) filed by Defendants is **GRANTED**;

2) The Motion To Amend (D.I. 17) filed by Plaintiff Daniel L. Moore is **DENIED**.

*[signature]*
UNITED STATES DISTRICT JUDGE