NOTICE OF APPEAL
TO
U.S. COURT OF APPEALS, THIRD CIRCUIT

U.S. District Court for the District of Delaware

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

FULL CAPTION IN DISTRICT COURT AS FOLLOWS:

DANIEL L. MOORE, ET. AL.

v.

STATE OF DELAWARE, DEPT. OF CORRECTIONS, ET. AL.

DISTRICT COURT DOCKET NUMBER: 04-1396 JJF

DISTRICT COURT JUDGE: JOSEPH J. FARNAN

Notice is hereby given that DANIEL L. MOORE, ET. AL.
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [ ] Order, [X] Other (specify) RULING

entered in this action on JULY 27, 2005
(date)

DATED: AUGUST 4, 2005

DANIEL L. MOORE, PRO SE
(Counsel for Appellant-Signature)

DANIEL L. MOORE - PRO SE
(Name of Counsel - Typed)

22 RYAN AVENUE
(Address)

NEW CASTLE, DE. 19720

302-494-3034
(Telephone Number)

LISA BARCHI
(Counsel for Appellee)

820 N. FRENCH ST. - 6TH FL.
(Address)

WILM, DE 19801

302-577-8400
(Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.