UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 05-3806

Moore

vs.

State of DE, et al.

Daniel L. Moore, Appellant

(Delaware District Civil No. 04-cv-01396)

O R D E R

Pursuant to Rule 3(a) of the Federal Rules of Appellate Procedure and Third Circuit LAR 3.3 and Misc. 107.1(a),

It is O R D E R E D that the above-entitled case is hereby dismissed for failure to timely prosecute,

It is FURTHER O R D E R E D that a certified copy of this order be issued forthwith as the mandate.

For the Court,

*Marcia M. Waldron*

Clerk

Date: September 21, 2005

cc:
    Mr. Daniel L. Moore
    Lisa Barchi, Esq.

A True Copy:

*Marcia M. Waldron*
Marcia M. Waldron, Clerk